LAW OFFICES OF JACQUES G. BRONZE
*A Professional Corporation*
Unit A, 151 W Harmon Industrial Park Rd
Tamuning, Guam 96913
Telephone: (671) 649-2392
Facsimile: (671) 649-2394

*Attorney for Secured Creditor*
*Marianas Properties, L.L.C.*



FILED
DISTRICT COURT OF GUAM
JUN 10 2009
JEANNE G. QUINATA
Clerk of Court

UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF GUAM

| | |
|---|---|
| IN RE: | ) Case No. 09-00068 |
| | ) |
| UFB GUAM HOTEL CORP., | ) Chapter 11 (Involuntary) |
| | ) |
| Alleged Debtor. | ) **ENTRY OF APPEARANCE** |
| | ) |

The Law Offices of Jacques G. Bronze, P.C., hereby enters its appearance on behalf of **MARIANAS PROPERTIES, L.L.C.**, which is a secured creditor of debtor and assignee of First Hawaiian Bank's senior loans to debtor. Request is hereby made that the following name and address be added to the matrix maintained in the files of this case:

**MARIANAS PROPERTIES, L.L.C.**
c/o LAW OFFICES OF JACQUES G. BRONZE, P.C.
UNIT A, 151 W HARMON INDUSTRIAL PARK RD
TAMUNING, GUAM 96913

Request is also hereby made that copies of all of the following documents, except those that have been previously sent, be mailed to the address set forth above: all pleadings, papers or notices required to be sent under Bankruptcy Rule 2002, and particularly clauses (2), (3) and (7) of Bankruptcy Rule 2002 (a), whether directed to parties in interest generally or to parties in interest specifically, and plans of reorganization and disclosure statements

ORIGINAL

required to be sent under Bankruptcy Rule 3017 (a). The foregoing request applies to documents mailed both before and after the date upon which proofs of claim may be filed.

DATED this 10th day of June, 2009.

                                 **LAW OFFICES OF JACQUES G. BRONZE**
                                 *A Professional Corporation*

By: _____
                                 JACQUES G. BRONZE