**LAW OFFICES OF JACQUES G. BRONZE**
*A Professional Corporation*
Unit A, 151 W Harmon Industrial Park Rd
Tamuning, Guam 96913
Telephone: (671) 649-2392
FACSIMILE: (671) 649-2394

*Attorney for Secured Creditor*
*Marianas Properties, L.L.C.*



FILED
DISTRICT COURT OF GUAM
JUN 10 2009
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES BANKRUPTCY COURT
## DISTRICT COURT OF GUAM

| | |
|---|---|
| IN RE: | ) Case No. 09-00068 |
| | ) Chapter 11 (Involuntary) |
| UFB GUAM HOTEL CORP., | ) |
| | ) **JOINDER IN MOTION FOR** |
| Alleged Debtor. | ) **DISMISSAL OF DEBTOR'S** |
| | ) **INVOLUNTARY BANKRUPTCY** |
| | ) **PETITION** |

### JOINDER

On May 1, 2009, Marianas Properties, L.L.C., ("MPL"), executed that certain Loan Purchase and Sale Agreement with First Hawaiian Bank to purchase its First and Additional Loan secured by the Guam Marriott Resort and Spa and closing of the transaction occurred effective June 9, 2009. As a secured creditor, MPL, through its attorneys of record, the Law Offices of Jacques G. Bronze, P.C., joins and adopts the arguments of in UFB Guam Hotel Corp.'s Motion to Dismiss the Involuntary Bankruptcy Petition filed against the alleged Debtor.

Respectfully submitted this ___10th___ day of June, 2009.

**LAW OFFICES OF JACQUES G. BRONZE**
*A Professional Corporation*

By: _____
JACQUES G. BRONZE

C:\Documents and Settings\admin\My Documents\CLIENTS FILE 1\Marianas Properties\Pleadings\UFB-Joinder.doc

ORIGINAL